**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 444-1546
e-mail: vshjah@aol.com

Attorney for Petitioner
**KERRY J. SMITH**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KERRY J. SMITH**, ) | CIV-S-00-0250 GEB JFM P |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| **G. E. HARRIS**, et al., ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's application for an enlargement of time until June 20, 2005 is granted. On or before June 20, 2005, petitioner shall file his amended petition herein.

DATED: May 6, 2005.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/smit0250.ext