IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KERRY JOLSON SMITH,

    Petitioner,                     No. CIV S-00-0250 GEB JFM P

    vs.

G. E. HARRIS, et al.,              ORDER TO SHOW CAUSE

    Respondents.

_____/

    Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to this court's May 9, 2005 order, petitioner's amended petition was due on or before June 20, 2005.  That deadline has passed and petitioner has not filed an amended petition or otherwise responded to the court's order.

    Accordingly, IT IS HEREBY ORDERED that within ten days from the date of this order petitioner shall show cause in writing why this matter should not be submitted on the petition presently pending before this court.

DATED:  July 7, 2005.

UNITED STATES MAGISTRATE JUDGE

12;smit0250.osc

1