IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KERRY JOLSON SMITH,

    Petitioner,               No. CIV S-00-0250 GEB JFM P

    vs.

G. E. HARRIS, et al.,              <u>ORDER</u>

    Respondents.

_____/

        Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to this court's May 9, 2005 order, petitioner's amended petition was due on or before June 20, 2005.  That deadline passed and petitioner had not filed an amended petition or otherwise responded to the court's order.  By order filed July 8, 2005, petitioner was ordered to show cause in writing why this matter should not be submitted on the petition presently pending before this court.  On July 17, 2005, petitioner filed a response to the order to show cause, and now seeks a second extension of time to file an amended petition.  Good cause appearing, the order to show cause will be discharged and petitioner's request for extension of time will be granted. However, no further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. The July 8, 2005 order to show cause is discharged; and

1

2. Petitioner shall file an amended petition on or before August 31, 2005.

DATED: July 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12;smit0250.ext2