IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARY JOLSON SMITH,

    Petitioner,               No. CIV S-00-0250 GEB JFM P

    vs.

G. E. HARRIS, et al.,

    Respondents.            <u>ORDER</u>

_____/

    Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 9, 2006, petitioner filed a pro se letter notifying the court of a change of address and requesting information about the status of this action. Petitioner is advised that questions concerning the status of this matter should be addressed to his attorney of record. No further orders will issue in response to pro se filings by petitioner.

    In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to serve a copy of this order on Kary Jolson Smith, # C-78323, Folsom State Prison, P.O. Box 950, Folsom, CA 95673.

DATED: February 17, 2006.

UNITED STATES MAGISTRATE JUDGE

12;smit0250.o

1